CO-386-online
10/03

# United States District Court
# For the District of Columbia

HERMAN GRAVES,  )
GRACIE GRAVES,  )
                )
                )
         Plaintiff )   Civil Action No. _____
    vs          )
                )
AMERICAN BROKERS CONDUIT,  )
AMERICAN HOME MORTGAGE CORP.,  )
PREMIER FINANCIAL CO.; SAVINGS a/k/a PINNACLE FINANCIAL SERVICES,  )
INDYMAC BANK, F.S.B.,  )
FIRST MORTGAGE LLC,  )
                )
         Defendant )

## CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for  Indymac Bank, F.S.B.  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  Indymac Bank, F.S.B.  which have any outstanding securities in the hands of the public:

Indymac Bancorp., Inc. (Parent)
Financial Freedom Corp. (Subsidiary)

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record
_____
Signature

D.C. Bar No. 484614
BAR IDENTIFICATION NO.

Andrew C. Bernasconi
Print Name

Reed Smith LLP, 1301 K St NW, Ste 1100-E
Address

Washington, DC 20005
City           State           Zip Code

(202) 414-9200
Phone Number