#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF COLUMBIA

_____
)
HERMAN GRAVES,                              )
406 Division Avenue, NE                     )
Washington, DC 20019,                       )
                                            )
GRACIE GRAVES,                              )
406 Division Avenue, NE                     )
Washington, DC 20019,                       )
                        Plaintiffs,         )
                                            )
        v.                                  )
                                            )
AMERICAN BROKERS CONDUIT,                   )
538 Broadhollow Road                        )
Melville, NY 11747,                         )
                                            )
AMERICAN HOME MORTGAGE CORP.                )   Civil Action No. 1:08-cv-01140
538 Broadhollow Road                        )
Melville, NY 11747,                         )   Assigned To: Kollar-Kotelly, Colleen
                                            )   Assign. Date: 6/30/2008
PREMIER FINANCIAL CO.; SAVINGS a/k/a        )   Description: General Civil
PINNACLE FINANCIAL SERVICES                 )
605 Main Street                             )
Laurel, MD 20707,                           )
                                            )
INDYMAC BANK, F.S.B.                        )
888 East Walnut Street                      )
Pasadena, CA 19901,                         )
                                            )
FIRST MORTGAGE LLC                          )
100 Painters Mill Road, Suite 800           )
Owings Mills, MD 21117,                     )
                                            )
                        Defendants.         )
                                            )
_____)

## NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record:

Please enter the appearance of Catherine A. Bledsoe as counsel in this case for: Premier Financial Company.

|  |  |
|---|---|
|      July 2, 2008     |             /s/             |
| Date | Catherine A. Bledsoe, Bar No.: 445172 |

 

Gordon, Feinblatt, Rothman,
   Hoffberger & Hollander, LLC

445172                                233 East Redwood Street
BAR IDENTIFICATION         Baltimore, Maryland  21202
410/576-4198
FAX:  410/576-4246
cbledsoe@gfrlaw.com

*Attorney for Defendant,*
*Premier Financial Company*

CERTIFICATE OF SERVICE

I HEREBY certify that on this 2nd day of July, 2008, copies of the foregoing Notice of Appearance were served, as follows:

via electronic filing on:

>Rawle Andrews, Jr., Esquire
>AARP Legal Counsel for the Elderly
>601 E. Street, N.W., Suite A4-400
>Washington, D.C.  20006
>*Attorney for Plaintiffs*

>Andrew C. Bernasconi, Esquire
>Reed Smith LLP
>1301 K Street, N.W., Suite 1100-East Tower
>Washington, DC  20005
>*Attorney for Defendant Indymac Bank, F.S.B.*

>John A. McCauley
>Venable LLP
>750 East Pratt Street, Suite 900
>Baltimore, MD 21202
>*Attorney for First Mortgage LLC*

and via first-class, postage prepaid, mail on:

>American Brokers Conduit
>538 Broadhollow Road
>Melville, NY  11747
>*Defendant in Proper Person*

>American Home Mortgage Corp.
>538 Broadhollow Road
>Melville, NY  11747
>*Defendant in Proper Person*

/s/
Catherine A. Bledsoe, Bar No.: 445172

3

838503.1