**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|   |   |
|---|---|
| HERMAN GRAVES,<br>406 Division Avenue, NE<br>Washington, DC 20019,<br><br>GRACIE GRAVES,<br>406 Division Avenue, NE<br>Washington, DC 20019,<br>       Plaintiffs,<br><br>    v.<br><br>AMERICAN BROKERS CONDUIT,<br>538 Broadhollow Road<br>Melville, NY 11747,<br><br>AMERICAN HOME MORTGAGE CORP.<br>538 Broadhollow Road<br>Melville, NY 11747,<br><br>PREMIER FINANCIAL CO.; SAVINGS a/k/a<br>PINNACLE FINANCIAL SERVICES<br>605 Main Street<br>Laurel, MD 20707,<br><br>INDYMAC BANK, F.S.B.<br>888 East Walnut Street<br>Pasadena, CA 19901,<br><br>FIRST MORTGAGE LLC<br>100 Painters Mill Road, Suite 800<br>Owings Mills, MD 21117,<br><br>       Defendants. | Civil Action No. 1:08-cv-01140<br><br>Assigned To: Kollar-Kotelly, Colleen<br>Assign. Date: 6/30/2008<br>Description: General Civil |

**PREMIER FINANCIAL CO.'S CONSENT TO AND JOINDER IN NOTICE OF
REMOVAL FILED BY INDYMAC BANK, F.S.B.**[1]

---

[1] Premier Financial Co.'s Consent to and Joinder in Notice of Removal filed by IndyMac Bank, F.S.B. was originally filed as part of Exhibit C to the Notice of Removal. However, it was rejected for technical reasons. Therefore, Premier Financial Co. is filing this corrected version of the Consent to and Joinder in the Notice of Removal. Today is the first date that the docket has been open to accept re-filing of the revised, conforming consent paper.

Defendant Premier Financial Co. hereby consents to the removal of this action, originally filed in the District of Columbia Superior Court and styled as *Graves et al. v. American Brokers Conduit, et al.*, Civil Action No. 3926-08, to the United States District Court for the District of Columbia, and joins in the Notice of Removal filed with this Court by Defendant IndyMac Bank, F.S.B. pursuant to 28 U.S.C. §§ 1441 and 1446.[2]

Dated: July 2, 2008

                                             /s/
                                      Catherine A. Bledsoe
                                      D.C. Bar No. 445172
                                      Gordon, Feinblatt, Rothman, Hoffberger &
                                      Hollander LLC
                                      233 East Redwood Street
                                      Baltimore, MD 21202
                                      (410) 576-4198
                                      410-576-4246 (fax)
                                      cbledsoe@gfrlaw.com

                                      *Attorney for Defendant*
                                      *Premier Financial Co.*

---

[2] In filing this Consent To And Joinder In Notice Of Removal, Premier Financial Co. expressly reserves all rights with respect to challenging the Complaint, and does not waive or concede any challenges to the propriety of the Plaintiffs' Complaint.

CERTIFICATE OF SERVICE

I HEREBY certify that on this 2nd day of July, 2008, copies of the foregoing Premier Financial Co.'s Consent To and Joinder in Notice of Removal Filed by IndyMac Bank, F.S.B. were served, as follows:

via electronic filing on:

>Rawle Andrews, Jr., Esquire
>AARP Legal Counsel for the Elderly
>601 E. Street, N.W., Suite A4-400
>Washington, D.C. 20006
>*Attorney for Plaintiffs*

>Andrew C. Bernasconi, Esquire
>Reed Smith LLP
>1301 K Street, N.W., Suite 1100-East Tower
>Washington, DC 20005
>*Attorney for Defendant IndyMac Bank, F.S.B.*

>John A. McCauley
>Venable LLP
>750 East Pratt Street, Suite 900
>Baltimore, MD 21202
>*Attorney for First Mortgage LLC*

and via first-class, postage prepaid, mail on:

>American Brokers Conduit
>538 Broadhollow Road
>Melville, NY 11747
>*Defendant in Proper Person*

>American Home Mortgage Corp.
>538 Broadhollow Road
>Melville, NY 11747
>*Defendant in Proper Person*

/s/
Catherine A. Bledsoe, Bar No.: 445172

838001v1