CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

HERMAN GRAVES )
)
)
      Plaintiff )
)
  v. ) Civil Case Number 08-1140 (EGS)
)
)
)
AMERICAN BROKERS ) Category   B
  CONDUIT, ET AL. )
)
      Defendants )

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on July 9, 2008 from Judge Colleen Kollar-Kotelly to Judge Emmet G. Sullivan by direction of the Calendar Committee.

(Case Randomly Reassigned)

                                  JUDGE ELLEN S. HUVELLE
                                  Chair, Calendar and Case
                                  Management Committee

cc:    Judge Sullivan & Courtroom Deputy
        Judge Kollar-Kotelly & Courtroom Deputy
        Liaison, Calendar and Case Management Committee
        Civil Case Processing Clerk