CO-386-online
10/03

# United States District Court
# For the District of Columbia

HERMAN GRAVES, et al. )
)
)
)
vs   Plaintiff )   Civil Action No. 1:08-CV-1140 (EGS)
)
AMERICAN BROKERS CONDUIT, et )
al. )
)
Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for  Defendant Savings First Mortgage, LLC  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  Savings First Mortgage, LLC  which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

#05031
BAR IDENTIFICATION NO.

John A. McCauley
Print Name

Venable, LLP 750 E. Pratt Street, Suite 900
Address

Baltimore       MD       21202
City            State    Zip Code

(410) 244-7400
Phone Number