IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HERMAN GRAVES, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) Civil Action No.: 1.08-1140 (EGS) |
| v. | ) ) |
| AMERICAN BROKERS CONDUIT, *et al.*, | ) ) |
| Defendants. | ) ) |

**CONSENT MOTION FOR ENLARGEMENT OF TIME
TO FILE RESPONSE TO DISPOSITIVE MOTION**

Plaintiffs Herman Graves and Gracie Graves (the "Graves") present this Consent Motion for an Enlargement of Time up to and including August 4, 2008 to respond to the motion to dismiss filed by Defendant IndyMac Bank, F.S.B. ("IndyMac").

1. This enlargement of time is requested in good faith to enable Plaintiffs to respond to IndyMac's motion to dismiss.

2. In the motion to dismiss, IndyMac requests that this Court dismiss the Graves' claims against IndyMac predicated on the District of Columbia Consumer Protection Procedures Act (D.C. Code § 28-3901 *et seq.*) ("CPPA") for the failure to state a claim. The Graves assert that IndyMac was an assignee of the originating lender, and as such, takes whatever benefits and burdens flow from this assignment under traditional statutory and common law holder in due course principles. This is not an issue of first impression in this District. *See, e.g., Cooper v. First Gov't Mortg. & Investors Corp.*, 238 F. Supp. 2d 50, 63 (D.D.C. 2002) (assignee of loan was "*directly* liable for CPPA violations").

3. This consent motion essentially seeks court approval of counsels' prior arrangement

for responding to the Verified Complaint and the instant motion to dismiss. Under the original agreement, IndyMac was permitted approximately two weeks to respond or otherwise plead to the Verified Complaint. Thereafter, IndyMac removed this action to federal court and filed a dispositive motion.

4. Sometime after the filing of the dispositive motion, counsel for the parties agreed that plaintiff's response to the motion should be filed and served on or before July 30, 2008. Regrettably, plaintiff's counsel fell under the weather and is unable to respond before Monday, August 4, 2008. Thus, the parties seek approval of this modified briefing schedule.

5. There is no prejudice to any party arising out of this first request for an enlargement of time because: (a) there is no scheduling order in the case; (b) the parties have yet to have their Rule 26 conference; (c) the issues raised by the subject motion are significant issues, which supports the need for the Court to have the best available briefing on the matter; (d) certain of the parties involved in this matter have already entered into settlement with the Graves; and (e) on July 11, 2008, IndyMac was placed in federal conservatorship by the Office of Thrift Supervision ("OTS") and, as such, some of the traditional requirements for participating in civil actions may be delayed regardless of any ruling on this consent motion.

6. Counsel for IndyMac consented to this motion on July 30, 2008; provided that plaintiffs agree to grant an enlargement of time for the filing and service of any reply brief. Undersigned counsel has agreed to IndyMac's request.

WHEREFORE, plaintiffs Herman and Gracie Graves respectfully request that this Court

enter an order approving this consent motion and affording plaintiffs request to enlarge the deadline for responding to IndyMac's dispositive motion up to and including Monday, August 4, 2008, together with such other relief as this Court deems proper.

                                        Respectfully submitted,

                                        ___/s/_____
                                        Rawle Andrews Jr., Esq. (DC 436283)
                                        AARP Legal Counsel for the Elderly
                                        601 E Street, NW, Suite A4-410
                                        Washington, DC 20049
                                        Office: (202) 434-2158
                                        Fax: (202) 434-6464
                                        Email: randrews@aarp.org
                                        Attorneys for Defendants

Dated: July 30, 2008

## **CERTIFICATE OF SERVICE**

I, HEREBY CERTIFY that a copy of this Consent Motion for Enlargement of Time was served on this 30th day of July 2008 via PACER electronic case filing system upon the following:

Andrew C. Bernasconi
REED SMITH LLP
1301 K Street, N.W.
Suite 1100, East Tower
Washington, D.C. 20005
Telephone: (202) 414-9200
Facsimile: (202) 414-9299
abernasconi@reedsmith.com
Counsel for Defendant Indymac Bank, FSB

Catherine A. Bledsoe
GORDON, FEINBLATT, ROTHMAN,
  HOFFBERGER & HOLLANDER
233 East Redwood Street
Baltimore, MD  21202
Telephone:  (410) 576-4198
Facsimile:  (410) 576-4246
cbledsoe@grflaw.com
Counsel for Premier Financial Company

John A. McCauley
VENABLE LLP
750 East Pratt Street
Suite 900
Baltimore, MD  21202
Telephone:  (410) 244-7400
Facsimile:  (410) 244-7742
jamccauley@venable.com
Counsel for First Mortgage LLC

\_\_\_/s/_____
Rawle Andrews, Jr., Esq.
Counsel for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| HERMAN GRAVES, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) Civil Action No.: 1.08-1140 (EGS) | |
| v. ) | |
| ) | |
| AMERICAN BROKERS CONDUIT, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER GRANTING CONSENT MOTION FOR ENLARGEMENT OF TIME
TO FILE RESPONSE TO DISPOSITIVE MOTION**

Upon consideration of Plaintiffs' Consent Motion for Enlargement of Time to Respond to Defendant IndyMac Bank, FSB's motion to dismiss, and for good cause shown, it is hereby

ORDERED that the consent motion is GRANTED; and it is

FURTHER ORDERED that plaintiff shall file and serve its response to the motion to dismiss on or before August 4, 2008.

_____
Honorable Emmet G. Sullivan
U.S. District Judge

_____, 2008.

COPIES TO:

All counsel of record