IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| HERMAN GRAVES, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 1:08-1140 (EGS) |
| v. | ) ) | |
| AMERICAN BROKERS CONDUIT, *et al.*, | ) ) | |
| Defendants. | ) ) ) | |

### INDYMAC'S MOTION TO ENLARGE AND STAY THE DEADLINE FOR FILING A REPLY IN FURTHER SUPPORT OF ITS MOTION TO DISMISS THE COMPLAINT

Defendant IndyMac Bank, F.S.B. ("Indymac") hereby files this Motion to Enlarge and Stay the Deadline for Filing a Reply in Further Support of Its Motion to Dismiss the Complaint/Response to Plaintiffs' Opposition to Indymac's Motion to Dismiss the Complaint, pending resolution of the Motion to Intervene, Substitute, and Stay filed by the Federal Deposit Insurance Corporation ("FDIC"). In support of this Motion, Indymac states as follows:

1. Plaintiffs filed the above-captioned action in the District of Columbia Superior Court on May 23, 2008.

2. Indymac timely filed a Notice of Removal with this Court on June 30, 2008. Subsequently, Indymac filed a Motion to Dismiss the Complaint on July 8, 2008.

3. Following two extensions of time, Plaintiffs filed an Opposition to Indymac's Motion to Dismiss the Complaint on August 4, 2008.

4. On July 11, 2008, in the intervening period between the filing of Indymac's Motion to Dismiss the Complaint and Plaintiffs' Opposition to Indymac's Motion to Dismiss, Indymac was closed by the Office of Thrift Supervision ("OTS"), and the Federal Deposit Insurance Corporation was appointed as Conservator and Receiver.

5. The deadline for Indymac to file a Reply in response to the Plaintiffs' Opposition to Indymac' Motion to Dismiss the Complaint is August 14, 2008.

6. The Federal Deposit Insurance Corporation ("FDIC"), as the duly appointed Conservator ("FDIC-Conservator" or "FDIC-C") for IndyMac Federal Bank, F.S.B. ("Indymac Federal"), and the FDIC, as Receiver ("FDIC-Receiver" or "FDIC-R") for Defendant IndyMac Bank, F.S.B, has filed a Motion to Intervene, Substitute, and Stay.  Among other things, the FDIC's Motion to Intervene, Substitute, and Stay seeks to substitute the FDIC-C and the FDIC-R as the real parties in interest in this case, in light of Indymac's insolvency, cessation of operations, and allocation of assets of FDIC-C and FDIC-R.

7. In addition, the FDIC's Motion to Intervene, Substitute, and Stay also requests a statutory stay of all proceedings for a period of 90 days, to be followed by an extension of 14 days in which FDIC-C and FDIC-R may file a Response to the Plaintiffs' Opposition to Defendant IndyMac Bank, F.S.B.'s Motion to Dismiss the Complaint.

8. In light of the significance of the FDIC's Motion to Intervene, Substitute, and Stay in determining the real parties in interest in this matter and protecting their legally-protected interests in the subject matter of this litigation, Indymac respectfully requests that the deadline to file a response to the Plaintiffs' Opposition to Indymac's Motion to Dismiss the Complaint be stayed, pending resolution of the FDIC's Motion to Intervene, Substitute, and Stay.

9. In accordance with Local Civil Rule 7(m), undersigned counsel conferred with counsel for the Plaintiffs, and Plaintiffs' counsel consents to the relief requested in this Motion.

Accordingly, in light of the procedural status and important interests at stake, Indymac respectfully requests that the deadline to file a response to the Plaintiffs' Opposition to

Indymac's Motion to Dismiss the Complaint be stayed, pending resolution of the FDIC's Motion to Intervene, Substitute, and Stay.

Dated: August 14, 2008

        Respectfully submitted,

        */s/ Andrew C. Bernasconi*
        Andrew C. Bernasconi
        D.C. Bar No. 484614
        REED SMITH, LLP
        1301 K Street, N.W.
        Suite 1100, East Tower
        Washington, D.C. 20005
        Telephone:  (202) 414-9200
        Facsimile:  (202) 414-9299
        abernasconi@reedsmith.com

        Attorney for Defendant IndyMac Bank, F.S.B. and Federal Deposit Insurance Corporation as Conservator for IndyMac Federal Bank, F.S.B. and Receiver for IndyMac Bank, F.S.B.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of Indymac's Motion to Enlarge and Stay the Deadline for Filing A Reply in Further Support of its Motion to Dismiss the Complaint, and Proposed Order, were served on this 14th day of August, 2008, via first class mail, postage prepaid, upon the following:

> Rawle Andrews, Jr., Esq.
> AARP Legal Counsel for the Elderly
> 601 E Street NW, Suite A4-400
> Washington, DC  20049
> *Attorney for Plaintiffs*
> *(also served electronically via* CM/ECF)
>
> John McCauley, Esq.
> Venable LLP
> 750 E. Pratt Street
> Suite 900
> Baltimore, MD 21202
> *Attorney for Defendant Savings First Mortgage LLC*
> *(also served electronically via* CM/ECF)
>
> Catherine A. Bledsoe, Esq.
> Gordon, Feinblatt, Rothman, Hoffberger & Hollander LLC
> 233 East Redwood Street
> Baltimore, MD 21202
> *Attorney for Defendant Premier Financial Co.*
> *(also served electronically via* CM/ECF)
>
> American Brokers Conduit
> 538 Broadhollow Road
> Mellville, NY 11747
>
> American Home Mortgage Corp.
> 538 Broadhollow Road
> Mellville, NY 11747

/s/ *Andrew C. Bernasconi*
Andrew C. Bernasconi

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| HERMAN GRAVES, *et al.*, | ) |
| Plaintiffs, | ) Civil Action No. 1:08-1140 (EGS) |
| v. | ) |
| AMERICAN BROKERS CONDUIT, *et al.*, | ) |
| Defendants. | ) |

**ORDER**

UPON CONSIDERATION of Defendant IndyMac Bank, F.S.B.'s Motion to Enlarge and Stay the Deadline for Filing a Response to the Plaintiffs' Opposition to IndyMac Bank, F.S.B.'s Motion to Dismiss the Complaint, and the Motion by the Federal Deposit Insurance Corporation (as the duly appointed Conservator for IndyMac Federal Bank, F.S.B., and as Receiver for Defendant IndyMac Bank, F.S.B.) to Intervene, Substitute, and Stay, it is hereby

ORDERED that the deadline for filing a Response to the Plaintiffs' Opposition to IndyMac Bank, F.S.B.'s Motion to Dismiss the Complaint is hereby stayed pending resolution of the Motion by the Federal Deposit Insurance Corporation (as the duly appointed Conservator for IndyMac Federal Bank, F.S.B., and as Receiver for Defendant IndyMac Bank, F.S.B.) to Intervene, Substitute, and Stay.

Entered this _____ day of _____, 2008.

_____
Hon. Emmet G. Sullivan, United States District
Court for the District of Columbia