IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HERMAN GRAVES, et al. )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>AMERICAN BROKERS )<br>CONDUIT, et al., )<br>)<br>Defendants. )<br>) | Case No. 1:08-cv-01140<br>Assigned to: Sullivan, Emmet G.<br>Assign. Date 6/30/2008<br>Description: General Civil |

**FILED**
AUG 2 9 2008
Clerk, U.S. District and
Bankruptcy Courts

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Plaintiffs Herman Graves and Gracie Graves and Defendant Premier Financial Co. Savings a/k/a Pinnacle Financial Services ("Premier"), by their attorneys, having agreed that Plaintiffs' claims against Premier have been settled and are to be dismissed WITH PREJUDICE, and, upon consideration of the entire record in this case, the Court hereby enters the dismissal with prejudice sought by the Plaintiffs and Premier.

| | |
|---|---|
| /s/ Rawle Andrews, Jr. | /s/ Catherine A. Bledsoe |
| Rawle Andrews, Jr., Esquire | Catherine A. Bledsoe, Esquire |
| DC Bar # 436283 | DC Bar # 445172 |
| AARP Legal Counsel for the Elderly | Gordon, Feinblatt, Rothman, Hoffberger & Hollander, LLC |
| 601 E Street, NW, Suite A4-400 | 233 East Redwood Street |
| Washington, D.C. 20049 | Baltimore, Maryland 21202 |
| Tel: 202-434-2158 | Tel: 410-576-4198 |
| Fax: 202-434-6464 | Fax: 410-576-4246 |
| randrews@aarp.org | cbledsoe@gfrlaw.com |
| *Attorney for Plaintiffs Herman Graves and Gracie Graves* | *Attorneys for Defendant Premier Financial Co. Savings a/k/a Pinnacle Financial Services* |

**SO ORDERED** this ___ day of August
2008

**Emmet G. Sullivan**
UNITED STATES DISTRICT JUDGE

842013_2.DOC
07/29/2008